### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                   Chapter: 7

   Deborah A Speckman

                Debtor(s)            Bankruptcy No: 20−10919−amc

### *O R D E R*

**AND NOW,** this 18th day of February 2020 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

      Documents and Deadline

      Atty Disclosure Statement due 02/28/2020
      Chapter 7 Statement of Your Current Monthly Income Form 122A−1 Due02/28/2020
      Schedules AB−J due 02/28/2020
      Statement of Financial Affairs due 02/28/2020
      Summary of Assets and Liabilities Form B106 due 02/28/2020
      Means Test Calculation form 122A−2 due 2/28/2020

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Ashely M. Chan
Judge , United States Bankruptcy Court

6
Form 130